PHILLIP A. TALBERT
United States Attorney
ANGELA L. SCOTT
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:16-MJ-00045-JLT |
| Plaintiff, | Case No. 16-71574 (N.D. Cal.) |
| v. | [~~PROPOSED~~] ORDER WAIVING TEN-DAY NOTICE REQUIREMENT |
| EDWIN ADRIAN ARROYO-RIVERA, | |
| Defendant. | |

Having reviewed the United States' Motion for an Order Waiving the Ten-Day Notice Requirement, and the other records on file in this matter, the Court hereby grants the motion. The Court finds that it is not possible for the government to furnish the defendant with copies of the documents ten (10) days before the detention hearings at issue, and the defendant will not be prejudiced by the delay in receiving this information, for the reasons stated in the government's motion.

IT IS SO ORDERED.

Dated:  **December 6, 2016**          **/s/ Jennifer L. Thurston**
                                    UNITED STATES MAGISTRATE JUDGE

[~~PROPOSED~~] ORDER WAIVING 10-DAY NOTICE